2002–0448.   State v. Owens.
Montgomery App. No. 17394. On motion for leave to file delayed appeal. Motion denied.

2002–0454.   State v. Easley.
Franklin App. No. 01AP–31. On motion for leave to file delayed appeal. Motion granted.
    RESNICK and F.E. SWEENEY, JJ., dissent.

## APPEALS ALLOWED FOR REVIEW

2002–0101.   Colbert v. Cleveland.
Cuyahoga App. No. 77635.
    RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.